IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERALD ISRAEL,

      Appellant,

v.

DR. STEVEN DIMMETT, U.F.
SHANDS MEDICAL CENTER,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3522

Opinion filed February 26, 2015.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

Gerald Israel, pro se, Appellant.

Stephen B. Gallagher and Meagan L. Logan of Marks Gray, P.A., Jacksonville, for
Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.